

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2022

No. 04-21-00588-CR

Thomas Peter **CORTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9005
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due June 17, 2022 and was not filed. On July 1, 2022, appellant requested an extension of time to file the brief until July 11, 2022. After consideration, we **GRANT** appellant's motion and **ORDER** him to file his brief **by July 11, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court